## Foy WORDEN v. STATE.

### No. 15946.

Court of Criminal Appeals of Texas.

April 12, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for a period of two years.

The indictment appears regular and regularly presented. The evidence heard in the trial court is not brought up for review.

In the motion for new trial no questions are presented which demand discussion in the absence of the evidence that was before the jury.

Complaints of the charge of the court appearing for the first time in the motion for new trial are not tenable. Moreover, in the absence of the facts upon which the conviction is based, appraisement of the complaints of the charge of the court is impracticable.

The judgment is affirmed.

## Berta DOMINGUEZ v. STATE.

### No. 15932.

Court of Criminal Appeals of Texas.

April 12, 1933.

C. L. Patterson and H. H. Jones, both of San Antonio, and Jno. P. Ehlinger, of LaGrange, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft is the offense; penalty assessed at confinement in the penitentiary for a period of two years.

The record discloses that the appellant was regularly indicted and tried before a jury. A verdict was rendered under a proper charge of the court. No error has been perceived in the proceeding; nor has our attention been drawn to any fault in the procedure or rulings of the trial judge which would warrant a reversal of the judgment.

There is a suggestion in the motion for new trial that the making of the plea of guilty was due to persuasion and fright. The complaint is not verified in any manner, and the motion for new trial does not contain the affidavit of the appellant.

The judgment is affirmed.